### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

OJ COMMERCE LLC,         )   Case No.: _____

        )

    Petitioner,       )

        )

vs.              )

        )

AMAZON SERVICES, LLC,   )

        )

    Respondent.     )

        )

## PETITION TO CONFIRM ARBITRATION AWARD

Petitioner OJ COMMERCE LLC files this petition to confirm an arbitration award against Respondent AMAZON SERVICES, LLC, pursuant to 9 U.S.C. § 9, and Fla. Stat. § 682.12, and in support thereof states the following:

### PARTIES, JURISDICTION AND VENUE

1.     Petitioner OJ COMMERCE LLC is a Delaware limited liability company, with its principal place of business in Miramar, Florida.

2.     Respondent AMAZON SERVICES, LLC is a Nevada limited liability company, with its principal place of business in Seattle, Washington.

3.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, due to the diversity in the citizenship of the parties, and a disputed amount greater than $75,000.

4.     This Court has personal jurisdiction over Respondent pursuant to 9 U.S.C. § 9, and Fla. Stat. § 682.181 as the arbitration award was made in Miami, Florida.

5.     Venue is proper in this district, pursuant to 9 U.S.C. § 204, because this is the district in which the arbitration award was granted.

## ARBITRATION AWARD

6.     Respondent is an online service provider for selling products on its Amazon.com marketplace.  Sellers utilizing Respondent services entered into an Amazon Services Business Solutions Agreement (the "BSA").  A copy of this agreement is hereby attached as Exhibit A.

7.     Section 19 of the BSA has an arbitration clause.

8.     On November 26, 2018, Petitioner filed an arbitration claim with the American Arbitration Association, which was amended on February 22, 2019.  On November 7, 2019, after discovery, pretrial practice, an arbitration hearing, the arbitrator entered an award in favor of Petitioner in the amount of $119,198.34 in damages, $4,125.03 in administrative costs, bearing interest at a rate of 12% per annum with an accrual date of June 1, 2018. A copy of the arbitration award is hereby attached as Exhibit B.

9.     Petitioner has attempted in good faith to collect the award amount from Respondent. To date, the Respondent has paid no part of the arbitration award.

10.    Respondent has not sought to vacate, modify, or challenge the arbitration award, nor has the arbitration award been vacated or modified by any court.

WHEREFORE, Petitioner requests that a judgment be entered confirming the arbitration award rendered in its favor, and for such other and further relief as this Court may deem just, proper and equitable, along with the costs and disbursements of this proceeding.

Dated January 17, 2020                          Respectfully submitted,

                                                _/s/ Velvel (Devin) Freedman_____
                                                Velvel (Devin) Freedman, Esq.
                                                Florida Bar No. 99762
                                                ROCHE CYRULNIK FREEDMAN LLP
                                                200 S. Biscayne Blvd., Suite 5500
                                                Miami, Florida 33131
                                                Tel. (305) 357-3861
                                                Email: vel@rcfllp.com

Shlomo Y. Hecht, Esq.
3076 N Commerce Parkway
Miramar, FL 33025
Tel. 954-861-0025
Email: sam@hechtlawpa.com

*Attorneys for Petitioner OJ Commerce, LLC*

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served this document via email upon all counsel of record for Respondent.

*/s/ Velvel (Devin) Freedman*
VELVEL (DEVIN) FREEDMAN, ESQ.