# EXHIBIT B

**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

In the Matter of the Arbitration between

Case Number: 01-18-0004-3681

OJ Commerce, LLC
-vs-
Amazon Services, LLC

**AWARD OF ARBITRATOR**

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties embodied in the Amazon Services Business Solutions Agreement, paragraph 18 ("Miscellaneous"), and having been duly sworn, and having duly heard the proofs and allegations of the Parties, and Claimant OJ Commerce having withdrawn its claim with respect to unjust enrichment and made its claim for negligent misrepresentation too late to be heard adequately and fairly, hereby AWARD as follows:

**1. Claims for breach of contract/promissory estoppel to link Naomi Home Products account to Fedex account at discounted shipping rates:** The Arbitrator finds the weight of the evidence sufficient to prove Respondent's liability in its failure to link these accounts as alleged.

**2. Claim for breach of contract by improperly suspending Claimant's listings for four days due to alleged IP violations:** The Arbitrator finds the evidence divided. Either way, the Arbitrator finds that Claimant has not established or proven claimed lost profits with sufficient certainty.

**3. Claim for violation of the Washington Consumer Protection Act (RCW 19.86.090):**
The Arbitrator finds the weight of the evidence not sufficient to establish necessary elements for violation of Washington CPA by Respondent.

**4. Damages applicable to Claim #1 above:** The claimed amount of loss in shipping discounts by Claimant was $322,989.06 covering an 84-day period. The Arbitrator finds that with proper, timely and reasonable inspection of its weekly invoices from Respondent including the shipping charges, and lack of independent invoices for these same shipments during this same period from the shipper (FEDEX), these damages could have been reduced/mitigated on inspection of all relevant invoices after an initial one month period which would have been 31 days at the close of May 2018. In that case, Claimant's damages would have been limited to **$ 119,198.34 (one hundred nineteen thousand, one hundred ninety eight dollars and thirty four cents)**, as calculated on a per-day pro-rated basis, which is the amount of damages awarded to Claimant herein.

**5. Claim for Attorneys' Fees and Arbitration Costs:** The Arbitrator found the claim for violation of the Washington Consumer Protection Act unsubstantiated. As this was the sole basis for an Attorneys' fees claim authorized by the Arbitrator in his email decision dated July 19, 2019, the Arbitrator finds no basis to award Attorneys' fees here and rules that each party shall pay its own attorneys' fees and arbitration costs.

**6. Claim for Pre-Judgment Interest:** The Arbitrator awards pre-judgment interest on the damages amount awarded in Paragraph 4 above at the rate of **12% per annum** (twelve percent per annum) pursuant to Washington state law. The applicable time period for such interest to accrue shall run as from June 1, 2018.

**AAA and arbitrator cost assessment**
The administrative fees and expenses of the American Arbitration Association totaling $8,250.00 shall be borne EQUALLY BETWEEN THE PARTIES, and the compensation and expenses of the arbitrator totaling $37,956.60 shall be borne EQUALLY BETWEEN THE PARTIES. Therefore, Amazon Services has to pay OJ Commerce $4,125.03. The sums above are to be paid on or before thirty (30) days from the date of this Award.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

This Award may be executed in any number of counterparts, each of which shall be deemed an original, and all of which shall constitute together one and the same instrument.

November 7, 2019

_____
PAUL E. MASON

I, Paul E Mason, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

November 7, 2019

_____
Paul E Mason