# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OJ COMMERCE LLC | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:20-cv-20218 |
| AMAZON SERVICES LLC | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMAZON SERVICES LLC
c/o REGISTERED AGENT
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VELVEL (DEVIN) FREEDMAN, ESQ.
ROCHE CYRULNIK FREEDMAN LLP
200 S. BISCAYNE BLVD., SUITE 5500
MIAMI, FLORIDA 33131
VEL@RCFLLP.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
CLERK OF COURT

Date: 01/21/2020

*Signature of Clerk or Deputy Clerk*