UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20218-MORENO

OJ COMMERCE LLC,

      Petitioner,

v.

AMAZON SERVICES, LLC,

      Respondent.
_____/

**RESPONDENT AMAZON SERVICES, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PETITION**

In accordance with Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a), Respondent Amazon Services, LLC (Respondent) requests an order granting it a brief extension of time, through March 5, 2020, to serve a response to Petitioner OJ Commerce LLC's (Petitioner's) Petition to Confirm Arbitration Award. The grounds for this request are set forth below.

1. On January 17, 2020, Petitioner commenced this action by filing the Petition to Confirm Arbitration Award (the Petition).

2. According to the affidavit of service, ECF No. 7, Petitioner served process on Respondent on January 23, 2020.

3. Assuming that service of process was effective, Respondent's response to the Petition was due by February 13, 2020.

4. Respondent requests a brief 21-day extension of time to respond to the Petition. Since January 2020, Petitioner and Respondent have been engaged in good-faith discussions to settle this action, and Respondent remains hopeful that Petitioner and Respondent will settle this action without further court intervention. Further, Respondent's counsel was unaware that

Respondent had formally been served, which is why no response was filed by February 13. A brief extension of time will thus provide additional time to work on resolving this matter and to prepare, if necessary, a formal response to the Petition.

5. A brief extension of time to respond to the Petition will not prejudice Petitioner.

6. As required by Local Rule 7.1(a)(2), this motion is accompanied by a proposed order.

WHEREFORE, Respondent respectfully requests that the Court enter an order granting it through March 5, 2020, to serve a response to the Petition.

### Certificate of Good-Faith Conference;
### Conferred but Unable to Resolve the Issues Presented in the Motion

In accordance with Local Rule 7.1(a)(3)(A), the undersigned certifies that Respondent's counsel has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good-faith effort to resolve the issues but has been unable to resolve the issues.

s/Brian W. Toth

Dated: February 17, 2020				Respectfully Submitted,

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
btoth@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950

*Counsel for Respondent Amazon Services, LLC*