UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-20218-CIV-MORENO**

OJ COMMERCE LLC,

    Petitioner,

vs.

AMAZON SERVICES LLC,

    Respondent.

_____/

**ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD AND ORDER DENYING WITHOUT PREJUDICE THE PETITIONER'S REQUEST FOR COSTS AND ATTORNEYS' FEES**

THIS CAUSE came before the Court upon the Petitioner's Petition to Confirm Arbitration Award **(D.E. 1)**, filed on **January 17, 2020**.

THE COURT has considered the Petition, the Response, the Reply, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Petition **(D.E. 1)** is **GRANTED** and the arbitration award **(D.E. 1-2)** is **CONFIRMED** in its entirety, as the Respondent "has no objection to paying the amounts awarded by the arbitrator" (*see* D.E. 13 at 1). The Clerk is directed to close the case. It is further

**ADJUDGED** that the Petitioner's request for costs and attorneys' fees is **DENIED WITHOUT PREJUDICE** and with leave to refile in a separate motion should the Petitioner still seek costs and attorneys' fees. Any motion and opposition must fully brief the issues and provide the Court with evidence in support thereof. For this reason, it is also

**ADJUDGED** that the Respondent's Motion for Leave to File a Surreply **(D.E. 18)** is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th of March 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record