UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-20218-CIV-MORENO

OJ COMMERCE LLC,

        Petitioner,

vs.

AMAZON SERVICES LLC,

        Respondent.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the reasons stated in the Court's Order Granting Petition to Confirm Arbitration Award, it is

**ADJUDGED** that the arbitration award entered on November 7, 2019 by the Commercial Arbitration Tribunal in *OJ Commerce, LLC v. Amazon Services, LLC*, Case No. 01-18-0004-3681 (D.E. 1-2 at 2–3) is **CONFIRMED IN ITS ENTIRETY**. Accordingly, judgment is entered in favor of the Petitioner OJ Commerce LLC and against Respondent Amazon Services, LLC.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _19_ of March 2020.

                                                FEDERICO A. MORENO
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record