# Exhibit F

Schlomo Y. Hecht, Time Sheet

| Date | Description | Hours |
|---|---|---|
| 1/13/2020 | Research available remedies for the enforcement of an arbitration award under Florida law and Federal law | 2.5 |
| 1/14/2020 | Draft and prepare a petition to enforce arbitration | 4.5 |
| 1/20/2020 | Prepare proposed summons to serve Amazon, after attorney refused to accept | 0.2 |
| 2/14/2020 | prepare and file affidavit of service on summons | 0.4 |
| 2/14/2020 | research and create an outline of requirements for filing clerk's default | 1.5 |
| 2/17/2020 | draft and prepare all the documents necessary and file for clerk's default | 2.5 |
| 2/17/2020 | draft and prepare corrected motion for default, and coordinate meet and confer | 1.2 |
| 2/17/2020 | review amazon's motion for extension of time and research how to | 0.2 |
| 2/18/2020 | review clerk's entry of non-default, due to amazon's motion | 0.2 |
| 2/18/2020 | research legal options available to enforce arbitration with late motion for extension | 0.75 |
| 2/24/2020 | review order granting amazon's motion | 0.1 |
| 3/5/2020 | review amazon's response and opposition to petition to enforce arbitration | 1.5 |
| 3/6/2020 | review Amazon's filings of appearances, and proposed orders to judge | 0.2 |
| 3/9/2020 | research legal issues raised by Amazon's response | 2 |
| 3/10/2020 | continue research of legal issues raised by Amazon, and draft reply | 3.5 |
| 3/12/2020 | finalize and file reply to Amazon | 0.5 |
| 3/13/2020 | review Amazon's request for filing a sur-reply and any legal basis for objections | 0.75 |
| 3/16/2020 | review Amazon's motion for filing a sur-reply | 0.2 |
| 3/19/2020 | review order granting petition | 0.5 |
| 3/25/2020 | research federal rules and local rules for requesting cost and attorney's fees | 2 |
| 3/26/2020 | review amazon's partial payment, analyze deficiency, and prepare response | 0.75 |
| 3/26/2020 | draft and prepare a motion for cost and accompanying documents required | 1.5 |
| 3/27/2020 | research, draft and prepare a motion for attorney's fees and exhibits | 2.5 |
| 4/9/2020 | updates and modifications to motion for attorney's fees | 1.5 |
| 4/18/2020 | updates and modifications to motion for attorney's fees | 2 |

| | |
|---|---|
| Total Hours | 33.45 |
| Hourly Rate | $350 |
| Total Fees | $11,707.50 |