UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-20218-MORENO

OJ COMMERCE LLC,

    Plaintiff,

v.

AMAZON SERVICES, LLC,

    Defendant.
_____/

### ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of June, 2020.

_____
LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge Chris M. McAliley. Copies of this Order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: 20-cv-20218-MORENO/ MCALILEY .

1

BY ORDER OF THE COURT this __10th__ day of __June__, 2020, Miami, Florida.

                                            ANGELA E. NOBLE
                                            Clerk of Court

                                            By: __/s/Yvette Y. Alexander__