UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-20218-CIV-MORENO**

OJ COMMERCE LLC,

    Plaintiff,

vs.

AMAZON SERVICES LLC,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE MCALILEY'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Chris McAliley, United States Magistrate Judge, for a Report and Recommendation on a Motion for Attorney's Fees, filed on **May 18, 2020**. The Magistrate Judge filed a Report and Recommendation **(D.E. 30)** on **November 4, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the Report and Recommendation, no objections were filed, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Chris McAliley's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that OJ Commerce's motion for attorney's fees is **DENIED**

DONE AND ORDERED in Chambers at Miami, Florida, this 10th of December 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Chris McAliley

Counsel of Record